UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JIMMY DARRYL RAMOS,

Plaintiff,

V.

COMMISSIONER OF SOCIAL SECURITY,
Defendant. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:17-CV-01589-EPG |
|---|---|

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X] GRANTED

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

ENTERED: December 1, 2017

/s/ Erica P. Grosjean
United States Magistrate Judge Erica P. Grosjean