UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY DARRYL RAMOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-cv-01589-JDP<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 17.)<br><br>Opening brief due:　　August 24, 2018<br>Opposing brief due:　September 24, 2018<br>Reply brief due:　　　October 09, 2018 |

　　　Plaintiff moves for a 28-day extension of time to file his opening brief. (Doc. No. 17.) The court will grant plaintiff's motion, as this is his first motion for extension of time.

　　　Accordingly,

　　　　a. Plaintiff Jimmy Darryl Ramos's opening brief is due on Friday, August 24, 2018.

　　　　b. Defendant Commissioner of Social Security's opposing brief is due on Monday, September 24, 2018.

　　　　c. Plaintiff's reply brief is due on Tuesday, October 09, 2018.

IT IS SO ORDERED.

Dated: ___August 9, 2018___　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE